IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PENNFIELD OIL COMPANY, d/b/a Pennfield Animal Health, a Nebraska corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:09CV345 |
| v. | ) ) | |
| ALPHARMA, INC., a Delaware corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |
| ALPHARMA, INC., a Delaware corporation, | ) ) ) | |
| Counterclaim-Plaintiff, | ) ) ) | |
| v. | ) ) | |
| PENNFIELD OIL COMPANY, d/b/a Pennfield Animal Health, a Nebraska corporation, | ) ) ) ) | |
| Counterclaim-Defendant. | ) ) ) | |

This matter is before the Court on plaintiff's motion for pretrial conference or modification of final progression order with expedited hearing (Filing No. 54). The Court will grant plaintiff's request for an expedited hearing, at which time all pending discovery matters will be discussed. Accordingly,

IT IS ORDERED that plaintiff's motion for expedited hearing is granted; said hearing is scheduled for:

**Monday, April 19, 2010, at 2 p.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 15th day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court