IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PENNFIELD OIL COMPANY, d/b/a Pennfield Animal Health, a Nebraska corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:09CV345 |
| v. | ) ) | |
| ALPHARMA, INC., a Delaware corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |
| ALPHARMA, INC., a Delaware corporation, | ) ) ) | |
| Counterclaim-Plaintiff, | ) ) ) | |
| v. | ) ) | |
| PENNFIELD OIL COMPANY, d/b/a Pennfield Animal Health, a Nebraska corporation, | ) ) ) ) | |
| Counterclaim-Defendant. | ) ) ) | |

This matter is before the Court on plaintiff's motion for leave to file amended complaint and answer to counterclaim and add additional parties (Filing No. 112) and on defendant's motion for leave to file amended answer and counterclaim (Filing No. 116). The Court notes both motions are unopposed. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion is granted; plaintiff shall have until September 8, 2010, to file its amended complaint and answer to counterclaim and add additional parties.

2) Defendant's motion for leave to file amended answer and counterclaim is granted. Defendant Alpharma shall have until September 15, 2010, to file its amended answer and counterclaim.

DATED this 2nd day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court