IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PENNFIELD OIL COMPANY, d/b/a<br>Pennfield Animal Health, a<br>Nebraska corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>ALPHARMA, INC., a Delaware<br>corporation,<br><br>          Defendant.<br><br>ALPHARMA, INC., a Delaware<br>corporation,<br><br>          Counterclaim-<br>          Plaintiff,<br><br>     v.<br><br>PENNFIELD OIL COMPANY, d/b/a<br>Pennfield Animal Health, a<br>Nebraska corporation,<br><br>          Counterclaim-<br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:09CV345<br><br><br><br><br>ORDER |

This matter is before the Court on plaintiff's motion to seal (Filing No. 140). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to seal is granted. The brief in opposition to Alpharma, Inc.'s second

motion to compel, index of evidence, and Exhibits 1-6 shall be sealed pursuant to the protective order.

DATED this 27th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court