IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PENNFIELD OIL COMPANY, d/b/a   )
Pennfield Animal Health, a     )
Nebraska corporation,          )
                               )
          Plaintiff,           )        8:09CV345
                               )
     v.                        )
                               )
ALPHARMA, INC., a Delaware     )        ORDER
corporation,                   )
                               )
          Defendant.           )
                               )
ALPHARMA, INC., a Delaware     )
corporation,                   )
                               )
          Counterclaim-        )
          Plaintiff,           )
                               )
     v.                        )
                               )
PENNFIELD OIL COMPANY, d/b/a   )
Pennfield Animal Health, a     )
Nebraska corporation,          )
                               )
          Counterclaim-        )
          Defendant.           )
_____)
```

This matter is before the Court on the motion of Pennfield Oil Company to seal its motion to modify the amended final progression order, brief in support of its motion to modify the amended final progression order, and plaintiff's index of evidence and exhibits #s 1-7 (Filing No. 164). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to seal is granted. The documents shall remain sealed pending further order of this Court.

DATED this 21st day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court