IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PENNFIELD OIL COMPANY, d/b/a    )
Pennfield Animal Health, a      )
Nebraska corporation,           )
                                )
          Plaintiff,            )       8:09CV345
                                )
     v.                         )
                                )
ALPHARMA, INC., a Delaware      )       ORDER
corporation,                    )
                                )
          Defendant.            )
                                )
ALPHARMA, INC., a Delaware      )
corporation,                    )
                                )
          Counterclaim-         )
          Plaintiff,            )
                                )
     v.                         )
                                )
PENNFIELD OIL COMPANY, d/b/a    )
Pennfield Animal Health, a      )
Nebraska corporation,           )
                                )
          Counterclaim-         )
          Defendant.            )
_____)
```

This matter is before the Court on the motion of Alpharma, LLC, to seal its index of evidence accompanying its brief in support of its motion for protective order (Filing No. 172). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to seal is granted. The index (Filing Nos. l73, 174 and l75) shall remain sealed pending further order of this Court.

DATED this 26th day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court