```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

PENNFIELD OIL COMPANY, d/b/a   )
Pennfield Animal Health, a     )
Nebraska corporation,          )
                               )
           Plaintiff,          )         8:09CV345
                               )
      v.                       )
                               )
ALPHARMA, INC., a Delaware     )         ORDER
corporation,                   )
                               )
           Defendant.          )
                               )
ALPHARMA, INC., a Delaware     )
corporation,                   )
                               )
           Counterclaim-       )
           Plaintiff,          )
                               )
      v.                       )
                               )
PENNFIELD OIL COMPANY, d/b/a   )
Pennfield Animal Health, a     )
Nebraska corporation,          )
                               )
           Counterclaim-       )
           Defendant.          )
_____ )
```

This matter is before the Court on the issues discussed at the hearing held on October 25, 2010.  The Court withholds ruling on all pending motions.

IT IS ORDERED that Pennfield Oil Company ("Pennfield") will submit to the Court for *in camera* inspection by Monday, November 1, 2010, the following items:

       1.   The WARF Institute, Inc. report dated February 6, 1971;

       2.   All applications and supporting documents submitted to the Food and Drug Administration (the "FDA") in connection with what came to be known as New Animal Drug Application ("NADA") 138-935, including application amendments filed after approval; and

       3.   All findings and determinations Pennfield received from the FDA related to the approval of NADA 138-935 from the application's submission date to present; and

Pennfield shall submit an index of the items produced to the Court. After inspection, the submissions will be returned to Pennfield.

DATED this 27th day of October, 2010.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court