IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PENNFIELD OIL COMPANY, d/b/a   )
Pennfield Animal Health, a     )
Nebraska corporation,          )
                               )
            Plaintiff,         )          8:09CV345
                               )
        v.                     )
                               )
ALPHARMA, INC., a Delaware     )            ORDER
corporation,                   )
                               )
            Defendant.         )
                               )
ALPHARMA, INC., a Delaware     )
corporation,                   )
                               )
            Counterclaim-      )
            Plaintiff,         )
                               )
        v.                     )
                               )
PENNFIELD OIL COMPANY, d/b/a   )
Pennfield Animal Health, a     )
Nebraska corporation,          )
                               )
            Counterclaim-      )
            Defendant.         )
_____)
```

This matter is before the Court on the motion of
Pennfield Oil Company to seal its designation of expert witnesses
pursuant to Rule 26(a)(2)(B) with attachments, Tabs One through
Seven (Filing No. 182).  The Court finds the motion should be
granted.  Accordingly,

IT IS ORDERED that the motion to seal is granted.  The designation of expert witnesses (Filing No. 183) shall remain sealed pending further order of this Court.

DATED this 2nd day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court