IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PENNFIELD OIL COMPANY, d/b/a    )
Pennfield Animal Health, a      )
Nebraska corporation,           )
                                )
            Plaintiff,          )        8:09CV345
                                )
      v.                        )
                                )
ALPHARMA, INC., a Delaware      )        ORDER
corporation,                    )
                                )
            Defendant.          )
                                )
ALPHARMA, INC., a Delaware      )
corporation,                    )
                                )
            Counterclaim-       )
            Plaintiff,          )
                                )
      v.                        )
                                )
PENNFIELD OIL COMPANY, d/b/a    )
Pennfield Animal Health, a      )
Nebraska corporation,           )
                                )
            Counterclaim-       )
            Defendant.          )
_____)
```

This matter is before the Court on the motion of Pennfield Oil Company to seal its brief in opposition to Alpharma Inc.'s motion for protection from Pennfield's request for access to its SalesLogix Database, plaintiff's index of evidence, and Exhibits #s 1-3 offered therein. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to seal is granted. The brief in opposition to Alpharma Inc.'s motion for protection from Pennfield's request for access to its SalesLogix Database, plaintiff's index of evidence, and Exhibits #s 1-3 (Filing Nos. 196 and 197) shall remain sealed pending further order of this Court.

DATED this 9th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court