IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PENNFIELD OIL COMPANY, d/b/a   )
Pennfield Animal Health, a     )
Nebraska corporation,          )
                               )
           Plaintiff,          )      8:09CV345
                               )
      v.                       )
                               )
ALPHARMA, INC., a Delaware     )      ORDER
corporation, ALPHARMA, LLC, a  )
Delaware limited liability     )
corporation; KING              )
PHARMACEUTICALS HOLDINGS,      )
INC., a Delaware corporation,  )
and KING PHARMACEUTICALS,      )
INC., a Tennessee corporation, )
                               )
           Defendants.         )
                               )
ALPHARMA, INC., a Delaware     )
corporation,                   )
                               )
           Counterclaim-       )
           Plaintiff,          )
                               )
      v.                       )
                               )
PENNFIELD OIL COMPANY, d/b/a   )
Pennfield Animal Health, a     )
Nebraska corporation,          )
                               )
           Counterclaim-       )
           Defendant.          )
_____)
```

This matter is before the Court on the stipulation for voluntary dismissal without prejudice of King Pharmaceuticals Holdings, Inc., and King Pharmaceuticals, Inc. (Filing No. 202). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted. King Pharmaceuticals Holdings, Inc., and King Pharmaceuticals, Inc., are dismissed without prejudice as defendants in this action.

2) Plaintiff is granted leave to file a second amended complaint, on or before November 30, 2010, removing those parties from the action.

3) King Pharmaceuticals Holdings, Inc., and King Pharmaceuticals, Inc.'s motion to dismiss (Filing No. 187) is denied as moot.

DATED this 18th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court