IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PENNFIELD OIL COMPANY d/b/a PENNFIELD ANIMAL HEALTH, a Nebraska corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ALPHARMA Inc., a Delaware corporation, now known as ALPHARMA, LLC, a Delaware Limited Liability Company, | ) ) ) ) | Case No. 8:09-cv-00345-LES-TDT |
| Defendant. | ) ) ) | |
| ALPHARMA Inc., a Delaware corporation, | ) ) | |
| Counterclaim-Plaintiff, | ) ) | |
| v. | ) ) | |
| PENNFIELD OIL COMPANY d/b/a PENNFIELD ANIMAL HEALTH, a Nebraska corporation, | ) ) ) ) | |
| Counterclaim-Defendant. | ) ) | |

### INDEX OF EVIDENCE ACCOMPANYING BRIEF IN SUPPORT OF ALPHARMA'S MOTION TO MODIFY FINAL PROGRESSION ORDER

Defendant and Counterclaim-Plaintiff Alpharma Inc., now known as Alpharma, LLC, ("Alpharma") hereby submits the following evidence accompanying its brief in support of its motion to modify the final progression order:

1. Exhibit 1: Email from Daniel Epstein to William Beard copying Amina Dammann, dated October 28, 2010.

2. Exhibit 2: Email from Daniel Epstein to Amina Dammann copying William Beard, dated November 1, 2010.

3. Exhibit 3: Email from William Beard to Daniel Epstein and Amina Dammann, dated November 1, 2010.

4. Exhibit 4: Letter from William Beard to Brien Welch and Daniel Epstein, dated November 3, 2010.

5. Exhibit 5: Email from William Beard to Brien Welch and Daniel Epstein copying Amina Dammann, dated November 11, 2010.

6. Exhibit 6: Letter from Daniel Epstein to William Beard, dated November 12, 2010.

7. Exhibit 7: Letter from William Beard to Daniel Epstein and Brien Welch, dated November 15, 2010.

8. Exhibit 8: Letter from Daniel Epstein to William Beard, dated November 15, 2010.

9. Exhibit 9: Letter from William Beard to Daniel Epstein and Brien Welch, dated November 16, 2010.

10. Exhibit 10: Letter from Daniel Epstein to William Beard, dated November 17, 2010.

11. Exhibit 11: Responsive Expert Report of Dr. Mark Papich, dated November 1, 2010.

12. Exhibit 12: Affidavit of R. William Beard, Jr.

Dated: November 19, 2010.

Respectfully submitted

By: s/R. William Beard, Jr.
   Franz Michael Stenglein
   Texas State Bar No. 00791729
   *Admitted Pro Hac Vice*
   R. William Beard, Jr.
   Texas State Bar No. 00793318
   *Admitted Pro Hac Vice*
KING & SPALDING LLP
401 Congress Avenue, Suite 3200
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100
Email: MStenglein@kslaw.com
Email: WBeard@kslaw.com

William M. Lamson, Jr.
Nebraska State Bar No. 12374
David J. Schmitt
Nebraska State Bar No. 19123
Lamson, Dugan & Murray
10306 Regency Parkway Drive
Omaha, Nebraska 68114
Telephone: (402) 397-7300
Facsimile: (402) 397-7824
Email: wlamson@ldmlaw.com
Email: dschmitt@ldmlaw.com

*Attorneys for King Pharmaceuticals, Inc. and King Pharmaceuticals Holdings, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 19th day of November, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

       Brien N. Welch
       Daniel J. Epstein
       David A. Blagg
       Cassem, Tierney, Adams, Gotch & Douglas
       8805 Indian Hills Drive, Suite 300
       Omaha, Nebraska 68114
       bwelch@ctagd.com
       depstein@ctagd.com
       dblagg@ctagd.com

       s/ R. William Beard, Jr.
       R. William Beard, Jr.