IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PENNFIELD OIL COMPANY d/b/a PENNFIELD ANIMAL HEALTH, a Nebraska corporation,<br><br>        Plaintiff,<br><br>v.<br><br>ALPHARMA Inc., a Delaware corporation, now knows as ALPHARMA, LLC, a Delaware Limited Liability Company,<br><br>        Defendant.<br><br><br>ALPHARMA Inc., a Delaware corporation,<br><br>        Counterclaim-Plaintiff,<br><br>v.<br><br>PENNFIELD OIL COMPANY d/b/a PENNFIELD ANIMAL HEALTH, a Nebraska corporation,<br><br>        Counterclaim-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 8:09-cv-00345-LES-TDT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ALPHARMA INC.'S NOTICE
TO TAKE DEPOSITION OF DR. MARK PAPICH**

To:   Plaintiff and Counterclaim-Defendant Pennfield Oil Company d/b/a Pennfield Animal Health, by and through its attorneys of record, Brien N. Welch, Daniel J. Epstein, and David A. Blagg, Cassem, Tierney, Adams, Gotch & Douglas, 8805 Indian Hills Drive, Suite 300, Omaha, Nebraska  68114.

    PLEASE TAKE NOTICE that Defendant and Counterclaim-Plaintiff Alpharma Inc., now known as Alpharma, LLC ("Alpharma"), will take the deposition of Dr. Mark Papich on Tuesday, December 21, 2010, commencing on or about 8:30 a.m. at the Embassy Suites Hotel, 8001 Arco Corporate Drive, Raleigh, North Carolina 27617.  The deposition will be taken pursuant to the Federal Rules of Civil Procedure and will be videotaped and stenographically recorded.

**ALPHARMA INC.'S NOTICE OF DEPOSITION OF DR. MARK PAPICH**

Dated: November 23, 2010.

        Respectfully submitted

        By:  s/R. William Beard, Jr.
            Franz Michael Stenglein
            Texas State Bar No. 00791729
            *Admitted Pro Hac Vice*
            R. William Beard, Jr.
            Texas State Bar No. 00793318
            *Admitted Pro Hac Vice*
KING & SPALDING LLP
401 Congress Avenue, Suite 3200
Austin, Texas  78701
Telephone:  (512) 457-2000
Facsimile:  (512) 457-2100
Email: MStenglein@kslaw.com
Email: WBeard@kslaw.com

William M. Lamson, Jr.
Nebraska State Bar No. 12374
David J. Schmitt
Nebraska State Bar No. 19123
Lamson, Dugan & Murray
10306 Regency Parkway Drive
Omaha, Nebraska 68114
Telephone:  (402) 397-7300
Facsimile: (402) 397-7824
Email: wlamson@ldmlaw.com
Email: dschmitt@ldmlaw.com

*Attorneys for Defendant and Counterclaim-Plaintiff, Alpharma Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 23rd day of November, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Brien N. Welch
>Daniel J. Epstein
>David A. Blagg
>Cassem, Tierney, Adams, Gotch & Douglas
>8805 Indian Hills Drive, Suite 300
>Omaha, Nebraska  68114
>bwelch@ctagd.com
>depstein@ctagd.com
>dblagg@ctagd.com

            s/R. William Beard, Jr.
            R. William Beard, Jr.