IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PENNFIELD OIL COMPANY, d/b/a   )
Pennfield Animal Health, a     )
Nebraska corporation,          )
                               )
          Plaintiff,           )         8:09CV345
                               )
     v.                        )
                               )
ALPHARMA, INC., a Delaware     )         ORDER
corporation,                   )
                               )
          Defendant.           )
                               )
ALPHARMA, INC., a Delaware     )
corporation,                   )
                               )
          Counterclaim-        )
          Plaintiff,           )
                               )
     v.                        )
                               )
PENNFIELD OIL COMPANY, d/b/a   )
Pennfield Animal Health, a     )
Nebraska corporation,          )
                               )
          Counterclaim-        )
          Defendant.           )
_____)
```

This matter is before the Court on the motion of Pennfield Oil Company to seal its second amended complaint with jury demand (Filing No. 223). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion to seal is granted. The second amended complaint (Filing No. 222) shall remain sealed pending further order of this Court.

DATED this 30th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court